*Robert M. Brennan*, senior assistant state's attorney, in opposition.

Decided September 13, 2006

## KEVIN I. DOWD *v*. CARYL E. DOWD

The plaintiff's petition for certification for appeal from the Appellate Court, 96 Conn. App. 75 (AC 26033), is denied.

*George J. Markley*, in support of the petition.

*Richard E. Castiglioni*, in opposition.

Decided September 13, 2006

## STATE OF CONNECTICUT *v*. WILLIAM S. MADORE

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 235 (AC 26153), is denied.

*Kirstin B. Coffin*, special public defender, in support of the petition.

*Melissa Streeto Brechlin*, assistant state's attorney, in opposition.

Decided September 13, 2006

## STATE OF CONNECTICUT *v*. ROLAND G. MADORE

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 271 (AC 26155), is denied.

*Deborah G. Stevenson*, special public defender, in support of the petition.